FILED

08/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0031

## REFERENCE A  (DA 23-0031)

## Corrected Words In The Transcripts

### 3/7/2022 Trnascript

P191, line 17
**Health** insurance, not ~~house~~ insurance.

P201, line 10
**we** live in Montana, not ~~I~~ live in Montana

P221, p222, line 1
Line  22
 is "**feeling**". Not "~~Failing~~"

P223, line 20,21,
P224, line 13
P236 line 19,
"~~Ms. Streeter~~". should be "**administrator**". There is no such person as Ms. Streeter

line 19:
**willing** to do--to do. In Ian's Court filing,  not ~~waiting to do —to do in Ian's court filing,~~
(These are 2 separate sentences)
Line 22,
"**is/as well connected**", Not "~~attack his field~~".

Line 25,
**was** according to law. Not "~~as~~ according to law"

### 4/1/2022  Transcript
Note:
page # out side () is the pdf file's page #. In the () is the page # on the transcript.)

P33 (p272), line 11, 13,
Help **Ann** and me, not ~~Ian~~ and me.

P7,line 5, 8
**Olsen,** not ~~Aesen~~

P37, line 1-2
"would **not** order a **judicial mediation**. Not " would ~~be~~ order a ~~traditional~~ mediation"

P50, line 15
**cross** examination, not "~~court~~ examination"

P74, line 4
~~So are they recalled for~~ , should be "So are they **the law** for"

P75, line 10, line 15,
To **see,** not to ~~say,~~

Line11,
The **law,** not the ~~call~~

P87, line 12
**Formation,** not ~~liquidation,~~

Line 22,
**Formation,** not ~~information~~

P102,
Line 4, **$523,000,** not ~~$423,000~~

P104, line 9-10
"and I'll **prove we provided you**...". Not "I ~~probably would~~ provide you..."

P105, line 1,
**See,** not ~~save~~

Line 20,21,
**CD,** not ~~fee,~~

P108, line 11
**Adversary,** not ~~advisory,~~

P122, line 18,
**Agreement**, not ~~accountant~~, ~~accounting~~.

P123, line 9,
**As** the family issue, not "~~and~~the family issue".

P124, line 11,
"ethical and **Ian** may not be reasonable". Not "ethical and ~~that~~ may not be reasonable"

Line 20,
**Our bar in Montana** is small, not ~~our Montana~~

P125,
line 8,
when Ian and I **sent** Ada back to there. Not "when Ian and I ~~said~~ to Ada to there"

Line 9,
**and** Ada, not ~~my~~ Ada,

Line 11-12, "you are **dumping** me". Not "you are ~~abandoning~~ me".
Line 16, "back **after Ada had two** emergency". Not "back ~~up to Ada in~~ two emergency".

Line 22,
"Because of **these fiduciaries**", not "~~this fiduciary~~".

Line 25,
"and that's why **they** blame Ian himself. Not "and that's why ~~he~~ blame Ian himself".

P126, line 21,
**Estate** tax, not ~~state~~ tax. There's never **a million estate** tax, not "never ~~a state~~ tax".

Line 24,
"To examine whether **he** falsely denied". Not "whether ~~they~~ falsely denied".

P127,
line 4, "is **not** because Ian did something wrong., Not "is ~~that~~ because Ian did..."

Line 5, should be "Ian asked **Womack to equally distribute partnership shares**", not "Ian asked ~~Mr. Billstein can't~~" (Billstein was appointed after Ian died)

Line 5-6 , **he asked to have,** (not "He asked ~~her~~ to have …"

Line 21, and they went to **our** house, or **the** house. Not "they went to ~~their~~ house"

Line 23, to **seek relief** for Cindy. Not to ~~save really~~ for Cindy", and to **seek a relief** for Womack. Not 'to ~~sake and~~ relief for Womack".

P128,
Line 4:      **8%** rental and **lease** income. Not "~~80%~~ of rental and ~~this~~ income"
Line 10:      --have **adversary party**. Not "-- have ~~anniversary part~~"
Line 13,      and evidence not **examined**, Not "and evidence not ~~exam~~".
Line 21,      with this **settlement** . Not "with this ~~second amended~~".
Line 24,      "did **not** contest the accounting", not "~~did contest~~ the accounting".

P129,  line 6-7,
"they should have protected Ada **and** Ian, Not "Ada Ian"

P130, line 10, 30 and **40** acres, not "~~340~~ acres".

P134, line 23-24,
"than Mr. Womack **selling** land", not "than Mr. Womack ~~receiving~~ land".

P146, line 9:      **$523,000** mortgage. Not "~~500,023,000~~"
P148, Line 13,
"was actually Cindy **advanced** cash, not "was actually Cindy to ~~devise~~ cash"

P151, line 7,
  Cindy to **do the** audit, Not "Cindy to ~~come back~~ the audit".

P161-162, "I forgot **they** say", Not "I forgot ~~to~~ say"

P163 line 10-11. (the last **50** years , not the last ~~15~~ years. Please see line 19. Mike talked about 50 years, 55 years friendship or worked with Ian.